GEORGE L. BROOKS, Plaintiff, v. C. ARTHUR TAYLOR, et al., Defendants.

(*February* 9, 1959.)

CHRISTIE, J., sitting.

*John P. Sinclair* for George L. Brooks.

*Wilfred J. Smith, Jr.,* Deputy Attorney-General, for all the defendants.

Superior Court for New Castle County, No. 1203, Civil Action, 1958.

STATE OF DELAWARE, Plaintiff, v. EDWARD J. CARPENTER, NATHAN WATSON, et al., Defendants.

*Wilfred J. Smith, Jr.,* Deputy Attorney-General, for the State of Delaware.

*Harvey B. Rubenstein* for Edward J. Carpenter.

*Howard M. Handelman* for Nathan Watson.

*John P. Sinclair* for George L. Brooks.

*Herbert L. Cobin, Murray M. Schwartz,* and *Henry N. Herndon, Jr.,* for Prisoners' Aid Society of Delaware, *Amicus Curiae.*

Superior Court for New Castle County, No. 539, Criminal Action, 1958.

CHRISTIE, J.:

The State has charged Edward J. Carpenter, Nathan Watson, George L. Brooks and another with the crime of rape, which is alleged to have taken place on July 25, 1958. Carpenter, Watson and Brooks were 17 years old at the time of the alleged offense. All are now 18 years old.